People of State of Illinois ex rel. Edward J. Albright, Appellee, v. City of Chicago, Appellant.

Gen. No. 45,783.

John J. Mortimer, Corporation Counsel of City of Chicago, for appellants; L. Louis Karton, Head of Appeals and Review Division, of counsel; no appearance for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed December 9, 1952; released for publication December 23, 1952.